FILED'08 JUN 23 14:47 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

FEDERICO DE JESUS ESTACIO, JR., )
                                )
          Petitioner,           )   Civil No. 06-6226-AC
                                )
     v.                         )   O R D E R
                                )
JEAN HILL,                      )
                                )
          Respondent.           )

JONES, Judge:

Magistrate Judge John V. Acosta filed Findings and Recommendation (#36) on May 8, 2008, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Petitioner has timely filed objections. I have, therefore, given de novo review of Magistrate Judge Acosta's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Acosta's Findings and Recommendation (#36) dated May 8, 2008, in its entirety. The Petition for Writ of Habeas Corpus (#2) and petitioner's request for an evidentiary hearing are denied and this case is dismissed. Any pending motions are denied as moot.

IT IS SO ORDERED.

DATED this 23rd day of June, 2008.

ROBERT E. JONES
United States District Judge